UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAYO E DARAMOLA,

          Plaintiff,

     v.

ORACLE AMERICA, INC., et al.,

          Defendants.

Case No.  19-cv-07910-JD

**JUDGMENT**

     Pursuant to Federal Rule of Civil Procedure 58, and the order dismissing the complaint under Federal Rule of Civil Procedure 12(b)(6) without leave to amend, Dkt. No. 84, judgment is entered against plaintiff.

     **IT IS SO ORDERED.**

Dated:  June 7, 2022

 

JAMES DONATO
United States District Judge